# The Boone County Republican Party Urges you to support the Following Candidates and Causes

## Republican Candidates

### VOTE YES ON:



**President and Vice President: Donald J. Trump and J.D. Vance**



**U.S. Congress: Thomas Massie**



**State Senate: Steve Rawlings**



**State Rep District 66: T.J. Roberts**



**State Rep District 60: Marianne Proctor**



**State Rep District 69: Steve Doan**



**State Rep District 61: Savannah Maddox**



**State Rep District 78: Mark Hart**

✓ote **Amendment 1**

Amendment 1 will ban non-citizens from voting in Kentucky elections. This is a crucial step to securing the Republican Party's mission of election integrity!

School Choice NOW **Amendment 2**

Amendment 2 will allow empower parents to be in charge of their children's education, securing the Republican Party's mission of universal school choice

Paid for by the Boone County Republican Party