# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION (Covington)

*ELECTRONICALLY FILED*

**BOONE CNTY. REPUBLICAN PARTY EXECUTIVE COMM., et al.**          **PLAINTIFFS**

**v.**                                                    **CIVIL ACTION NO. 3:34-cv-49-GFVT**

**H. DAVID WALLACE, in his Official Capacity as Board Member,**
**Kentucky Registry of Election Finance, et al.**                    **DEFENDANTS**

## ORDER

This matter is before the Court on the Plaintiffs' Motions for Preliminary Injunction, Permanent Injunction, and Summary Judgment. [DN 6]. Having considered the parties' written arguments and being otherwise sufficiently advised; the Court does hereby DENY Plaintiffs' Motion for injunctive relief for reasons as follows:

1. Plaintiffs fail to demonstrate a substantial likelihood of success on the merits. The governmental interest in this matter is one of disclosure and providing the electorate with information in a timely matter relative to the election date. This is not a matter subject to strict scrutiny, but one that must meet a standard of exacting scrutiny. The only meaningful reporting of expenditures for ballot issues comes through the registration and reporting as a political issues committee. The government's disclosure interest in providing this information to the public near in time to the election is both "sufficiently important" and "bears a substantial relation" to the requirement in order to survive "exacting scrutiny."

2. Plaintiffs fail to demonstrate irreparable injury. Two of the Plaintiffs requested an advisory opinion, which the Registry gave as required by statute. The Registry has

engaged in no enforcement action against those two Plaintiffs (nor indicated it intended one) and has said nothing of the third at all, except that it did not view the advisory opinion as being relevant to it. Further, the Registry is without the ability to prevent third parties from making a complaint against the Plaintiffs or preventing prosecution should another agency charged with upholding criminal election laws (none of which are named herein) decide to pursue action. Nor is the Registry able to keep the Plaintiffs from producing any advertising they wish. The only conceivable harm the Plaintiffs face from the Registry would be civil penalties. For those to accrue, the Registry must first receive a complaint, conduct an investigation into the matter, find probable cause to believe that a violation has occurred that was not made knowingly, and refer the matter for conciliation. After which the Plaintiffs may either accept a conciliation agreement or proceed to a formal administrative hearing. Clearly, there has been no irreparable injury at this time.

3. Injunctive relief would cause significant harm to others, in this case the public at large. If the public has an interest in knowing about who is spending on a ballot issue, it is before an election is held, when the transparency can allow the public to "give proper weight to different speakers and messages" as contemplated in *Citizens United*. Reporting afterwards, which is the Plaintiffs' intent, would deprive the public of this receiving this knowledge in a timely manner.

4. The Plaintiffs would best serve the public interest by registering and reporting as a political issues committee, whereby they will report contributions and expenditures on September 10, October 8, and October 23, 2024, all pre-election. The public will also have the benefit of a December 12, 2025, report post-election.

THEREFORE, IT IS HEREBY ORDERED that the Plaintiffs' motions for Preliminary Injunction and Permanent Injunction are DENIED.

DATED:

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2024, I electronically filed the foregoing document with the Court by using the CM/EFC system, which will send a notice of electronic filing to the Hon. Christopher Wiest (email address: chris@cwiestlaw.com), the Hon. Theodore Roberts (tjroberts223@gmail.com), and the Hon. Thomas Bruns (email address: tbruns@bcvalw.com).

*/s/Leslie M. Saunders*

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Leslie M. Saunders
*COUNSEL FOR DEFENDANTS*