UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION (Covington)

*ELECTRONICALLY FILED*

**BOONE CNTY. REPUBLICAN PARTY EXECUTIVE COMM., et al.**          **PLAINTIFFS**

**v.**                                                    **CIVIL ACTION NO. 3:34-cv-49-GFVT**

**H. DAVID WALLACE, in his Official Capacity as Board Member,**
**Kentucky Registry of Election Finance, et al.**                **DEFENDANTS**

## ORDER

This matter is before the Court on the Plaintiff's Motions for Preliminary Injunction, Permanent Injunction, and Summary Judgment. [DN 6]. Having considered the parties' arguments and being otherwise sufficiently advised; the Court does hereby DENY Plaintiffs' Motion for Summary Judgment for reasons as follows:

1. Plaintiffs have failed to demonstrate that they are entitled to judgment as a matter of law. The governmental interest in this matter is one of disclosure and providing the electorate with information in a timely matter relative to the election date. This is not a matter subject to strict scrutiny, but one that must meet a standard of exacting scrutiny. The only meaningful reporting of expenditures for ballot issues comes through the registration and reporting as a political issues committee. The government's disclosure interest in providing this information to the public near in time to the election is both "sufficiently important" and "bears a substantial relation" to the requirement in order to survive "exacting scrutiny."

2. Plaintiffs have failed to demonstrate that no genuine issue of material fact exists in this matter. The Registry has made no opinion, advisory or otherwise, as to what is

allowable for "joint expenditures," nor is it made clear by the Plaintiffs in the record what such intended expenditures even are.

THEREFORE, IT IS HEREBY ORDERED that the Plaintiffs' Motion for Summary Judgment is DENIED.

DATED:

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2024, I electronically filed the foregoing document with the Court by using the CM/EFC system, which will send a notice of electronic filing to the Hon. Christopher Wiest (email address: chris@cwiestlaw.com), the Hon. Theodore Roberts (tjroberts223@gmail.com), and the Hon. Thomas Bruns (email address: tbruns@bcvalw.com).

*/s/Leslie M. Saunders*

_____

Leslie M. Saunders
*COUNSEL FOR DEFENDANTS*