

The Office of the General Counsel,
Kentucky Registry of Election Finance
140 Walnut Street
Frankfort, KY 40601

June 7, 2024

Dear Ms. Saunders,

I am the Chair of the Jessamine County Republican party. We want to promote and support the passing of Amendment 2 on School Choice that will be on the ballot this November. We anticipate spending money on texts, signs and other advertising/promotional materials. There are many other groups, such as teachers' unions, promoting their thoughts on the issue. Therefore, we are seeking an advisory opinion on the legality of such expenditures, including the following:

1. May County committees make expenditures in support of or against constitutional amendment ballot issues?
2. If executive or County committees may make expenditures in support of or against constitutional amendment ballot issues, what expenditures are allowed and what are prohibited?

Because this issue is already being debated, we would appreciate any help with a quick decision.

Thank you for your time and attention to this request,

Kim Garrison, Chair RPJC

KY REGISTRY OF
ELECTION FINANCE
JUN 10 2024



Hardin County Republican Party
c/o Bobbie Coleman, Chair
327 Riesling Ct.
Vine Grove KY 40175
(217) 240-4572
bobbie.coleman71@gmail.com

Office of the General Counsel
Kentucky Registry of Election Finance
140 Walnut Street
Frankfort, KY 40601

June 7, 2024

Re: Request for an Advisory Opinion

Dear General Counsel,

I am an authorized Chair of the Hardin County Republican Party of Kentucky regarding this request.

Our County Committee wants to spend money on signs and other advertisements in favor of the school choice amendment that will be on the Kentucky ballot November 5, 2024.

1. Can executive committees make expenditures in support or opposition of constitutional amendment ballot issues?

2. If executive committees can make expenditures in support or opposition of constitutional amendment ballot issues, what expenditures are allowed, and which are prohibited?

Would KREF consider the purchasing of the signs and advertising to be an activity subject to KREF regulation?

Please feel free to request additional information.

Sincerely,

*Bobbie S Coleman*

Bobbie S. Coleman, Chair
Hardin County Republican Party of KY

KY REGISTRY OF ELECTION FINANCE
JUN 10 2024