UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION (Covington)

*ELECTRONICALLY FILED*

**BOONE CNTY. REPUBLICAN PARTY EXECUTIVE COMM., et al.**        **PLAINTIFFS**


**v.**                                                  **CIVIL ACTION NO. 3:34-cv-49-GFVT**


**H. DAVID WALLACE, in his Official Capacity as Board Member,**
**Kentucky Registry of Election Finance, et al.**                   **DEFENDANTS**


## MOTION TO DISMISS

Defendants H. David Wallace, Laura Marie Bennett, Jessica Burke, Richard Larkin, Adrian Mendiondo, Thomas O'Brien, and J. Bissell Roberts, board members of the Kentucky Registry of Election Finance, and John Steffen, Registry executive director, all named in their official capacities, by counsel, respectfully move this Honorable Court to dismiss the Complaint filed against them by Plaintiffs Boone County Republican Executive Committee, Hardin County Republican Executive Committee, and Jessamine County Republican Executive Committee, for lack of subject matter jurisdiction and failure to state a claim upon which relief may be granted, under Fed. R. Civ. P. 12(b)(1) and (b)(6).

As demonstrated by the attached Memorandum of Law, the Plaintiffs' Complaint fails to invoke the Court's subject matter jurisdiction and fails to state a claim upon which relief may be granted. Therefore, Defendants respectfully move this the Court to enter the accompanying order dismissing the Complaint against all Defendants with Prejudice.

DATED this 9th day of August, 2024.

          Respectfully submitted,

          */s/ Leslie M. Saunders*

          _____
          Leslie M. Saunders
          General Counsel
          Kentucky Registry of Election Finance
          140 Walnut Street
          Frankfort, Kentucky 40601
          LeslieM.Saunders@ky.gov
          (502) 573-2226 (phone)
          (502) 573-5622 (fax)
          *COUNSEL FOR DEFENDANTS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2024, I electronically filed the foregoing document with the Court by using the CM/EFC system, which will send a notice of electronic filing to the Hon. Christopher Wiest (email address: chris@cwiestlaw.com), the Hon. Theodore Roberts (tjroberts223@gmail.com), and the Hon. Thomas Bruns (email address: tbruns@bcvalw.com)..

*/s/Leslie M. Saunders*

_____

Leslie M. Saunders
*COUNSEL FOR DEFENDANTS*