UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION (Covington)

*ELECTRONICALLY FILED*

BOONE CNTY. REPUBLICAN PARTY EXECUTIVE COMM., et al.      PLAINTIFFS

v.                                                          CIVIL ACTION NO. 3:34-cv-49-GFVT

H. DAVID WALLACE, in his Official Capacity as Board Member,
Kentucky Registry of Election Finance, et al.               DEFENDANTS

## ORDER

Plaintiffs Boone County Republican Executive Committee, Hardin County Republican Executive Committee, and Jessamine County Republican Executive Committee, initiated this 42 U.S.C. § 1983 action, challenging the constitutionality of the Kentucky Registry of Election Finance's ("Registry") Advisory Opinion 2024-02, Ky. Rev. Stat. Ann. §121.175 (2024), and 32 Ky. Amin. Regs. 1:050 as they relate to spending by county political party executive committees. The Plaintiffs named H. David Wallace, Laura Marie Bennett, Jessica Burke, Richard Larkin, Adrian Mendiondo, Thomas O'Brien, and J. Bissell Roberts, Registry board members and John Steffen, Registry executive director, all in their official capacities, as Defendants. Having considered the parties' arguments and being otherwise sufficiently advised; the Court does hereby GRANT Defendants' Motion for Dismiss for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1) and failure to state a claim for which relief may be granted under Fed. R. Civ. P. 12(b)(6) as follows:

   1. Plaintiffs can show no threat of state action based upon their receipt of the Registry's Advisory Opinion 2024-02 that would chill their enjoyment of any rights afforded to them by the U.S. Const.'s First Amendment. Any harm they have

articulated in the Complaint is neither real nor immediate, but instead is conjectural. One Plaintiff in particular, Boone County Republican Executive Committee, cannot show that the issuance of the advisory opinion had any legal effect on it, as it was not among those committees which made the request.

2. Further, the remedy the Plaintiffs have requested, that this Court enjoin the Registry from enforcing the advisory opinion and declaring Ky. Rev. Stat. §121.175 and 32 Ky. Admin. Reg. 1:050 unconstitutional, would not provide relief from later enforcement action based on third party complaints or by other parties charged with investigating violations of campaign finance law.

THEREFORE, IT IS HEREBY ORDERED that the Complaint against all Defendants is DISMISSED WITH PREJUDICE.

DATED:

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2024, I electronically filed the foregoing document with the Court by using the CM/EFC system, which will send a notice of electronic filing to the Hon. Christopher Wiest (email address: chris@cwiestlaw.com), the Hon. Theodore Roberts (tjroberts223@gmail.com), and the Hon. Thomas Bruns (email address: tbruns@bcvalw.com).

*/s/Leslie M. Saunders*
_____
Leslie M. Saunders
*COUNSEL FOR DEFENDANTS*