IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF KENTUCKY – at COVINGTON

| | | |
|---|---|---|
| **Boone County Republican Party Executive Committee, et. al.** | : | Case No. 3:24-cv-00049-GFVT |
| | : | |
| **PLAINTIFFS** | : | |
| v. | : | |
| **H. David Wallace, et. al.** | : | |
| **DEFENDANTS** | | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL

Pursuant to FRCP 65, Defendants, in their official capacities, are hereby ENJOINED from enforcing KREF Advisory Opinion 2024-02 and KRS Chapter 121, against the Plaintiffs for their expenditures/speech in favor of Kentucky constitutional amendments in the 2024 election cycle; for the avoidance of doubt, this does not alleviate Plaintiffs' responsibilities to report contributors or expenditures to Defendants as required by law.

Plaintiffs have thus demonstrated a likelihood of success on the merits. Plaintiffs have also demonstrated pending irreparable harm, that a balancing of interests supports her position, and the public interest weighs in favor of this restraining order. *Suster v. Marshall*, 149 F.3d 523, 528 (6th Cir. 1998); *Northeast Ohio Coalition for the Homeless v. Blackwell*, 467 F.3d 999, 1009 (6th Cir. 2006). No security need be posted.

IT IS SO ORDERED:

_____