# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 03, 2024

Mr. Thomas Bernard Bruns

Ms. Elizabeth Themins Hedges

Mr. Matthew Franklin Kuhn

Mr. Theodore Joseph Roberts

Ms. Leslie Marie Saunders

Mr. Christopher David Wiest

Re: Case No. 24-5783, *Boone Cnty, KY Republican Party Exec Committee, et al v. H. Wallace, et al*
Originating Case No. 3:24-cv-00049

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Manager
for Robin Baker, Case Manager

cc: Mr. Robert R. Carr

Enclosure