UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 24-5783

BOONE COUNTY REPUBLICAN PARTY EXECUTIVE COMMITTEE, HARDIN COUNTY REPUBLICAN PARTY EXECUTIVE COMMITTEE, and JESSAMINE COUNTY REPUBLICAN PARTY EXECUTIVE COMMITTEE,

    Plaintiffs - Appellants,

v.

H. DAVID WALLACE, LAURA MARIE BENNETT, JESSICA BURKE, RICHARD LARKIN, ADRIAN MENDIONDO, THOMAS O'BRIEN, and J. BISSELL ROBERTS, in their official capacities as board members of the Kentucky Registry of Election Finance; JOHN STEFFEN, in his official capacity as the Executive Director of the Kentucky Registry of Election Finance,

    Defendants - Appellees.

> **FILED**
> Sep 05, 2024
> KELLY L. STEPHENS, Clerk

Before: MOORE, GILMAN, and GRIFFIN, Circuit Judges.

## NON-DISPOSITIVE JUDGMENT

    On Appeal from the United States District Court for the Eastern District of Kentucky at Frankfort.

    UPON CONSIDERATION of Appellants' motion for an injunction pending appeal and the subsequent pleadings of counsel,

    IT IS ORDERED that motion is GRANTED.  IT IS FURTHER ORDERED that the Kentucky Registry of Election Finance is ENJOINED from taking any action to enforce Advisory Opinion 2024-02, including initiating civil proceedings against Appellants for raising or expending funds in support of a constitutional amendment on the November 2024 ballot.

                                **ENTERED BY ORDER OF THE COURT**

                                  Kelly L. Stephens, Clerk