# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 05, 2024

Mr. Thomas Bernard Bruns
Bruns, Connell, Vollmar & Armstrong
4555 Lake Forest Drive
Suite 330
Cincinnati, OH 45242

Ms. Elizabeth Themins Hedges
Office of the Attorney General
of Kentucky
1024 Capital Center Drive
Suite 200
Frankfort, KY 40601

Mr. John Hail Heyburn
Office of the Attorney General
of Kentucky
700 Capital Avenue
Suite 118
Frankfort, KY 40601

Mr. Matthew Franklin Kuhn
Office of the Attorney General of Kentucky
700 Capital Avenue
Suite 118
Frankfort, KY 40601

Mr. Theodore Joseph Roberts
Chris Wiest, Attorney at Law
50 E. Rivercenter Boulevard
Suite 1280
Covington, KY 41011

Ms. Leslie Marie Saunders
Kentucky Registry of Election Finance
140 Walnut Street
Frankfort, KY 40601

Mr. Christopher David Wiest
Law Office
50 E. Rivercenter Boulevard
Suite 1280
Covington, KY 41011

      Re:    Case No. 24-5783, *Boone Cnty, KY Republican Party, et al v. H. David Wallace, et al*
              Originating Case No. : 3:24-cv-00049

Dear Counsel,

  The court today announced its decision in the above-styled case.

  Enclosed is a copy of the court's published opinion together with the <u>non-dispositive</u> judgment.

                          Yours very truly,

                          Kelly L. Stephens, Clerk


                          Cathryn Lovely
                          Deputy Clerk

cc:  Mr. Robert R. Carr

Enclosures

No mandate to issue